EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis F. Mangual Acevedo | 2019 TSPR 114 <br><br> 202 DPR ____ |

Número del Caso:  TS-17,908


Fecha: 21 de junio de 2019


Abogado de la parte peticionaria:

        Por derecho propio



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Luis F. Mangual Acevedo          TS-17,908


RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de junio de 2019.

Examinada la *Moción al expediente judicial* y la *Urgente moción en cumplimiento de orden* que presentó el Sr. Luis F. Mangual Acevedo, se ordena su reinstalación al ejercicio de la abogacía.

Se le concede a la Oficina de Inspección de Notarías un término de diez (10) días, contado a partir de la notificación de esta Resolución, para expresarse en torno a la reinstalación al ejercicio de la notaría del licenciado Mangual Acevedo.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo